UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FREE,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. NADER PEIKAR, et al.,<br><br>    Defendants. | CASE NO. 1:17-cv-00159-AWI-MJS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY DEFENDANT METTRI SHOULD NOT BE DISMISSED**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff is a federal prisoner proceeding pro se in this civil rights action brought pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). The Court screened Plaintiff's Eighth Amended Complaint and found that it stated a cognizable claim against Defendants Dr. Peikar, Ms. Mettri, Ms. Fuentes-Arce, and Mr. Tyson. (ECF Nos. 12, 32.)

Defendants Peikar, Fuentes-Arce, and Tyson have been served and have answered the complaint. (ECF No. 16.) There is no record of service on Defendant Mettri.

Plaintiff is not proceeding in forma pauperis in this action. He is required to serve the defendants or obtain a waiver of service, and to file a proof of service with the Court. Fed. R. Civ. P. 4(*l*). Furthermore, Federal Rule of Civil Procedure 4(m) provides, in pertinent part: "If a defendant is not served within 90 days after the complaint is filed, the

court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

Here, service of the complaint is overdue. Accordingly, Plaintiff will be required, within **thirty days** of the date of this order, to either serve Defendant Mettri and file proof of service with the Court, or show cause why Defendant Mettri should not be dismissed without prejudice for failure to serve him in compliance with Rule 4(m). If Plaintiff either fails to respond to this order or responds but fails to show cause, the Court will recommend that Defendant Mettri be dismissed from the action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either serve Defendant Mettri and file proof of service with the Court, or show cause why Defendant Mettri should not be dismissed from this action; and
2. If Plaintiff fails to respond to this order or fails to show cause, the Court will recommend that Defendant Mettri be dismissed from this action.

IT IS SO ORDERED.

Dated: March 25, 2018         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE