## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FREE,<br>　　　　　Plaintiff,<br><br>v.<br><br>DR. NADER PEIKER, et al.,<br>　　　　　Defendant(s). | 1:17-cv-00159 AWI JLT  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>PAUL FREE  #42235-198, PLAINTIFF<br><br>DATE: JUNE 25, 2018<br>TIME:  8:30 a.m. |

　　　　PAUL FREE, inmate #42235, a necessary and material witness for the Plaintiff in proceedings in this case on June 25, 2018, is confined at Federal Correctional Institution, 37910 N. 45th Avenue, Phoenix, Arizona 85086 in the custody of the Warden/Sheriff.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at the United States Courthouse, 510 19th Street, Bakersfield, California 93301, on June 25, 2018, at 8:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Federal Correction Institution - Phoenix**

　　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

　　Dated:   **May 22, 2018**　　　　　　　　　　　　 **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE