# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FREE,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. NADER PEIKER, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-00159 AWI JLT<br><br>ORDER CONTINUING EVIDENTIARY HEARING |

Despite a month's notice, today the Court was advised by the U.S. Marshal's Service that it is unable to transport Mr. Free in time to arrive for the hearing on June 25, 2018. However, he is in transit and will arrive by either June 26 or June 27. Thus, the Court has no choice but to continue the hearing. Therefore, the Court **ORDERS**:

1. The evidentiary hearing is **CONTINUED** to June 28, 2018 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **June 20, 2018**                   **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE