# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FREE,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. NADER PEIKER, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-00159 AWI JLT<br><br>ORDER DENYING REQUEST FOR SUBPOENA DUCES TECUM<br>(Doc. 64) |

On June 14, 2018, Mr. Free requested the Court issue a subpoena duces tecum to the Bureau of Prisons for various documents. In response, the Court ordered the BOP to produce some of the documents; specifically, the Court ordered the BOP to produce at the hearing emails sent by Mr. Free on or after November 25, 2015 related to his grievances numbered 842903 and 875480. (Doc. 65 at 3) Alternatively, the Court required the BOP to file a report explaining why the emails would not be produced. Id. The BOP has not filed the report so the Court anticipates that the emails will be produced at the hearing. Consequently, the motion for a subpoena duces tecum (Doc. 64) is **DENIED**.

IT IS SO ORDERED.

    Dated: __**June 26, 2018**__                    __**/s/ Jennifer L. Thurston**__
                                                                 UNITED STATES MAGISTRATE JUDGE