# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FREE,<br><br>Plaintiff,<br><br>v.<br><br>DR. NADER PEIKAR, et al.,<br><br>Defendant. | Case No.: 1:17-cv-00159-AWI-JLT (PC)<br><br>NOTICE AND ORDER THAT INMATE PAUL FREE, #42235-198, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The evidentiary hearing in this matter concluded on June 28, 2018. Plaintiff inmate Paul Free, #42235-198, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: June 28, 2018

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1